UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **MISS QUYNH ANH III, L.L.C.** | **CIVIL ACTION NO: 6:18-cv-1202** |
| **VERSUS** | **DISTRICT JUDGE:** |
| **DUC VAN TRAN** | **MAGISTRATE JUDGE** |
| _____ | _____ |
| **Filed** | **Deputy Clerk** |

## MOTION TO DISMISS

**NOW INTO COURT** through undersigned counsel comes Defendant, Duc Van Tran, who moves this Court to dismiss the Complaint for Declaratory Judgment filed Miss Quynh Anh III, L.L.C.'s on suggesting that Mr. Tran has previously filed a Petition for Damages in a Louisiana state court against Miss Quynh Anh III, L.L.C. seeking damages for injuries arising out of the same incident as set for in the pending Compliant for Declaratory Relief, and under the Savings to Suitors clause and the prevailing jurisprudence, the use of the declaratory judgment process to resolve a portion of Mr. Tran's claims arising is improper all as more fully explained in the Memorandum in Support of Motion to Dismiss filed contemporaneously herewith.

    Respectfully submitted:

    **BATEMAN LAW FIRM**

    *s/David L. Bateman*_____
    David L. Bateman (LSBA 18781)
    6700 Jefferson Highway, Building 3
    Baton Rouge, Louisiana   70806
    Telephone: (225) 766-8484
    Facsimile: (225) 766-8494
    Email:  David@batemanlawfirm.com

## **CERTIFICATE OF SERVICE**

I do hereby certify that on this 20th day of May, 2019 a copy of the forgoing was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to all parties through counsel of record by operation of the court's electronic filing system.  I also certify that a copy of the foregoing will be sent to all non-CM/ECF participants by United States Mail, properly addressed and postage prepaid.

s/ <i>David L. Bateman</i>