**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **MISS QUYNH ANH III, L.L.C.** | **CIVIL ACTION NO: 6:18-cv-1202** |
| **VERSUS** | **DISTRICT JUDGE:** |
| **DUC VAN TRAN** | **MAGISTRATE JUDGE**<br>**CAROL B. WHITEHURST** |
| _____<br>**Filed** | _____<br>**Deputy Clerk** |

**ORDER**

  The above foregoing considered:

  **IT IS HEREBY ORDERED** that plaintiff's Motion to Dismiss be set for hearing on the _____ of _____ commencing at _____ o'clock \_\_.m.

  Thus done and signed in chambers at Lafayette, Louisiana this \_\_\_\_\_ day of _____, 2019.

                  _____
                  United States Magistrate Judge
                  Honorable Carol B. Whitehurst