EAST BATON ROUGE PARISH C-673720
Filed Sep 11, 2018 1:03 PM   21/D
Deputy Clerk of Court

| | |
|---|---|
| DUC VAN TRAN | NUMBER          DIVISION |
| VERSUS | 19th JUDICIAL DISTRICT COURT |
| | PARISH OF EAST BATON ROUGE |
| MISS QUYNH ANH III, L.L.C., ET AL | STATE OF LOUISIANA |
| Filed | Deputy Clerk |

### PETITION FOR DAMAGES

The petition of Duc Van Tran, residents of the lawful age of majority of Vermillion Parish, Louisiana, with respect represents that:

**I.**

Made defendants herein are

a. Miss Quynh Anh III, L.L.C., a domestic limited liability company with its principal place of business in Lafayette Parish, Louisiana; and

b. ABC Insurance Company, a foreign insurer authorized to do and actually doing business in East Baton Rouge Parish, Louisiana;

which are indebted unto petitioner for an amount reasonable in the premises, damages, maintenance and cure, punitive damages, attorneys' fees, and any other relief which may be available under the law or in equity together with all costs of these proceedings plus legal interest on all amounts from the date of injury or alternatively, date of judicial demand, until paid for the following reasons:

**II.**

Venue is proper in this court pursuant to La. Code Civ. Proc. art. 42(7) in that ABC Insurance Company is a foreign insurer authorized to do and actually doing business in the state of Louisiana.

**III.**

At all material times herein, Miss Quynh Anh III, LLC was the owner and/or operator of the F/V Miss Quynh Anh, L.L.C ("the vessel"), a commercial fishing vessel operating in the navigable waterways near the coast of Louisiana.

**IV.**

At all material times herein, Miss Quynh Anh III, LLC was the employer of the crew aboard the vessel.

1

EXHIBIT #1

V.

At all material times herein, Duc Van Tran was employed by Miss Quynh Anh III, LLC and assigned to work aboard the vessel.

VI.

At all material times herein, Duc Van Tran was a seaman and a member of the crew of the vessel and brings this action pursuant to the Jones Act at 46 U.S.C. 30104 and/or the general maritime law.

VII.

In the alternative, Duc Van Tran brings this action pursuant to 33 U.S.C. 905(b)

VIII.

On or about August 25, 2017, Duc Van Tran was performing his usual duties as a member of the crew of the vessel while in port at Intracoastal City, Louisiana when the captain of the vessel allowed the "door" of a shrimp trawl to fall and crush Mr. Tran's foot a fall backwards resulting in injury to Mr. Tran.

IX.

The accident and injuries to Duc Van Tran were a result of a defect or vice in the condition of the vessel, its equipment or appurtenances, and/or the negligence of Miss Quynh Anh III, L.L.C. and its agents, representatives and employees in the following non-exclusive particulars:

a. Failure to maintain control of the load including the door;
b. Failure to provide a seaworthy vessel
c. Inadequate, insufficient, and/or improperly trained crew;
d. Failure to adequately train and supervise its employees, agents and representatives;
e. Failure to provide reasonably safe equipment, gear, tools and other appertunances aboard the vessel;
f. Failure to provide proper safeguards and safety equipment for the crew and/or passengers aboard the vessel
g. Requiring employees to work in unsafe conditions;
h. Engaging in unsafe operations and practices aboard the vessel;
i. Failure to maintain and enforce safe work practices and procedures;
j. Failure to follow the applicable law, safety guidelines and regulations;

EXHIBIT #1

k. Failure to follow the applicable custom of the industry;

l. Failure to warn of unsafe and/or unseaworthy conditions;

m. Failure to provide proper equipment, personnel and/or supervision;

n. Other acts and/or omissions which may be shown at trial on this matter;

X.

Duc Van Tran itemizes his past, present and future damages to include but not be limited to the following:

a. Medical Expenses;

b. Loss of earnings and impaired earning capacity;

c. Loss of fringe benefits

d. Physical pain and suffering;

e. Mental anguish and emotional trauma;

f. Disability;

g. Scarring and disfigurement;

h. Loss of enjoyment of life;

i. Other damages provided by law or which may be shown at trial of this matter.

XI.

Further, as a seaman Duc Van Tran is entitled to maintenance and cure until he reaches the point of maximum medical cure.

XII.

Since the incident described above, Duc Van Tran has required medical treatment and defendants have refused to authorize or otherwise agree to pay for Mr. Tran's medical treatment.

XIII.

The decision by Miss Quynh Anh III, L.L.C. in refusing to authorize or otherwise agree to pay for the medical treatment of Duc Van Tran is arbitrary, capricious and without probable cause. Further, the decision by defendants has caused harm to Mr. Tran who seek all available relief including compensatory damages, penalties, attorneys' fees and punitive damages.

XIV.

At all materials times herein, ABC Insurance Company had in full force and effect a policy of liability insurance or contract of indemnity in favor of and providing coverage to Miss Quynh Anh III, L.L.C. It is specifically alleged that said policy or contract provides coverage for the nature of liability asserted herein by petitioner.

**WHEREFORE** petitioner, Duc Van Tran, prays that his Petition for Damages be duly cited and served on defendants, Miss Quynh Anh III, L.L.C. and ABC Insurance Company, and that after due proceedings had there be judgment herein in his favor and against defendants, jointly, severally and in solido, for an amount reasonable in the premises, damages, maintenance and cure, punitive damages, attorneys' fees, and any other relief which may be available under the law or in equity together with all costs of these proceedings plus legal interest on all amounts from date of injury, or alternatively date of judicial demand, until paid;

**PRAYS FURTHER** for any and all other relief available;

Respectfully submitted:

BATEMAN LAW FIRM

David L. Bateman (LSBA No. 18781)
6010 Perkins Road, Suite A
Baton Rouge, LA 70808
(225) 766-8484 Telephone
(225) 766-8494 Facsimile

**PLEASE SERVE:**

Miss Quynh Anh III, LLC, through its agent for service:
Lan Nguyen Vo
Lafayette, LA 70503

4