UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| Miss Quynh Anh III, LLC | Civil Action No. 18-01202 |
| versus | Judge Michael J Juneau |
| Tran | Magistrate Judge Carol B Whitehurst |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein [Rec. Doc. 31], noting the absence objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that the Motions to Dismiss filed by Miss Quynh Anh III, L.L.C. [Rec. Doc. 14] is **GRANTED** and this matter is **DISMISSED WITHOUT PREJUDICE.**

**THUS DONE AND SIGNED** in Lafayette, Louisiana, on this 19th day of August, 2019.

_____
MICHAEL J. JUNEAU
UNITED STATES DISTRICT JUDGE